In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-050 CV


____________________



HEALTHSOUTH CORPORATION AND 


HEALTHSOUTH HOUSTON REHABILITATION INSTITUTE, Appellants



V.



HELEN M. SCHILLING, M.D., Appellee






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 01-04-02243 CV






MEMORANDUM OPINION (1)


 The appellants, Healthsouth Corporation and Healthsouth Houston Rehabilitation
Institute, and the appellee, Helen M. Schilling, M.D., filed a joint motion to dismiss this
appeal with prejudice. The parties allege they have resolved all disputes and agreed to
dismiss this appeal. The Court finds that the motion is voluntarily made by the parties
through their attorneys of record prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1), (2).

 It is, therefore, ordered that the motion to dismiss be granted and the appeal is
therefore dismissed. All costs are assessed against the incurring party.

 APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered January 20, 2005 

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.